## 63094. BERRY v. INTERFINANCIAL, INC. et al.

DEEN, Presiding Judge.
The above styled case is affirmed without opinion in accordance with Rule 36 of this court.
*Banke and Carley, JJ., concur.*

DECIDED JANUARY 8, 1982.

*T. Gordon Lamb,* for appellant.
*George H. Myshrall, Jr., William B. Brown,* for appellees.